SISSON et al., Respondents, v. GRIPPS, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by Harry T. Sisson and Edward T. Sisson, copartners doing business under the name of James B. Sisson Sons, against James C. Gripps. No opinion. Judgment affirmed, with costs.

In re SKELLY. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) In the matter of the application of Luke Skelly for a writ of mandamus, etc. No opinion. Order affirmed, with costs.

SLADE, Respondent, v. MONTGOMERY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Richmond E. Slade against Howard T. Montgomery and another. No opinion. Motions for reargument and for resettlement of order denied. See 65 N. Y. Supp. 709.

SMITH, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Term. November 7, 1900.) Action by Alvarez H. Smith against Marion Palmer. From a judgment for defendant, plaintiff appeals. Reversed. E. F. Brown, for appellant. M. J. Briggs, for respondent.

PER CURIAM. The record discloses no conflict of evidence, except as to the alleged special agreement about the rate at which visits were to be charged for. Upon the uncontradicted evidence the plaintiff was entitled to receive something. No special defenses were pleaded, and none can therefore be availed of. The defendant did not make the objection in the trial that the book of original entries was not produced. If she had, the plaintiff might have produced it. Judgment reversed, and new trial granted, with costs to appellant to abide the event.

SMITH, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by Goldsborough C. Smith against De Wane B. Smith and another. No opinion. Judgment affirmed, with costs.

SNOWDEN v. TOWN OF SOMERSET. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Sarah J. Snowden against the town of Somerset. No opinion. Motion denied, with $10 costs. See 64 N. Y. Supp. 1088.

SOLVAY PROCESS CO., Appellant, v. KENT, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by the Solvay Process Company against Percy Kent.

PER CURIAM. Order reversed, with $10 costs and disbursements to the appellant, without prejudice to the respondent's right to ap-

ply for another commission. *Held,* that the order appealed from was improper, for the reason that it fixed no time for the return of the commission, and granted a stay of proceedings until its return, which stay was, consequently, unlimited as to time.

SPENCER, Respondent, v. CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by James D. Spencer against the city of Watertown. No opinion. Judgment affirmed, with costs.

SPRAGUE v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Fanny Sprague against the city of Rochester. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. All concur. See 64 N. Y. Supp. 846.

STAPF, Respondent, v. BUFFALO SAVINGS & LOAN ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Emma Stapf against the Buffalo Savings & Loan Association. No opinion. Appeal dismissed, under general rule 39.

STAPF, Respondent, v. BUFFALO SAVINGS & LOAN ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Emma Stapf against the Buffalo Savings & Loan Association.

PER CURIAM. Motion to vacate order of dismissal and restore case to calendar granted, and the case is hereby placed at the foot of the present calendar of this court. This order is granted upon condition that the case be argued when reached in its regular order.

STILES, Appellant, v. BUSH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by Leon W. Stiles against Frances I. Bush and another. No opinion. Judgment affirmed, with costs.

SWIFT, Appellant, v. FINNIGAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) Action by Fred H. Swift against George P. Finnigan and others. No opinion. Motion denied, without costs to either party. See 65 N. Y. Supp. 723.

SWIFT, Appellant, v. FINNIGAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) Action by Fred H. Swift against George P. Finnigan and others. No opinion.

Motion for leave to go to the court of appeals denied, without costs to either party. See 65 N. Y. Supp. 723.

In re TABER (TABER, Appellant; PAYNE et al., Respondents). (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) In the matter of the estate of Mary Taber, deceased.

PER CURIAM. The court declines to consider this case until the requirement of rule 41, to the effect that the record shall contain the opinion of the court below or an affidavit that no opinion was given, is complied with.

In re TABER (TABER, Appellant; PAYNE et al., Respondents). (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) In the matter of the estate of Mary E. Taber, deceased. No opinion. Decree of surrogate affirmed, with costs.

TANENBAUM v. LINDHEIM et al. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Moses Tanenbaum against Robert Lindheim and another. From an order denying defendant's motion to vacate an ex parte order for his examination before trial, defendant appeals. Reversed. Jacob Fromme, for appellants. Ernest Hall, for respondent.

PER CURIAM. The questions presented in this case are the same as those in the case of Tanenbaum v. Lindheim (herewith decided) 66 N. Y. Supp. 375, and for the reasons given in the opinion in that case the order appealed from must be reversed, with $10 costs and disbursements, and the motion to vacate the order for the examination of the defendant granted, with $10 costs.

TAYLOR, Appellant, v. ANGLO-SWISS CONDENSED MILK CO., OF CHAM, SWITZERLAND, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 17, 1900.) Action by Fannie R. Taylor against the Anglo-Swiss Condensed Milk Company, of Cham, Switzerland. No opinion. Order affirmed, with $10 costs and disbursements.

THURBER, Appellant, v. WASHBURN & MOEN MFG. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Horace K. Thurber against the Washburn & Moen Manufacturing Company and another. No opinion. Judgment affirmed, with costs. See 61 N. Y. Supp. 1150.

TILLEY et al. v. BEVERWYCK TOWING CO. (Supreme Court, Appellate Term. April 16, 1900.) Action by James Tilley and others against the Beverwyck Towing Company. No opinion. Judgment (61 N. Y. Supp. 495) affirmed, with costs.

TOUHEY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Nellie Touhey, an infant, by Dennis Touhey, her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

TOWN OF LYSANDER et al., Respondents, v. SYRACUSE, L. & B. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Action by the town of Lysander and another against the Syracuse, Lakeside & Baldwinsville Railway and another. No opinion. Order affirmed, with $10 costs and disbursements, upon opinion of ANDREWS, J., delivered at special term, reported in 31 Misc. Rep. 330, 65 N. Y. Supp. 415.

TRADESMEN'S NAT. BANK, Appellant, v. NATIONAL SURETY CO., Respondent. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by the Tradesmen's National Bank against the National Surety Company. J. J. Adams, for appellant. W. B. Hornblower, for respondent. No opinion. Judgment affirmed, with costs.

TRENHOLM et al., Respondents, v. SICKLES, Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by William Trenholm and others, against David B. Sickles. C. Lexow, for appellant. R. T. Greene, for respondents. No opinion. Judgment and order affirmed, with costs.

TUTTLE, Respondent, v. SPEEDWAY CARRIAGE & HARNESS CO., Appellant. (Supreme Court, Appellate Term. November 7, 1900.) Action by Nathaniel Tuttle against the Speedway Carriage & Harness Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. B. G. Oppenheim, for appellant. Sackett, Bacon & McQuaid, for respondent.

PER CURIAM. The questions raised by this appeal are purely academic. The defendant, before the trial, voluntarily gave up the chattels sued for. The judgment should be affirmed, with costs.

VAN BEUREN et al., Appellants, v. D'AZEVEDO, Respondent. (City Court of New York, General Term. October 29, 1900.) Action by Alfred Van Beuren and others against Jacob C. d'Azevedo. From a judgment for defendant, plaintiffs appeal. Affirmed. Mayer & Gilbert, for appellants. Forster & Spair, for respondent.

HASCALL, J. We find that no sufficient reason has been presented for disturbing the record below. Order appealed from affirmed, with costs and disbursements to respondent.

FITZSIMONS, C. J., concurs.